# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-4315
Lower Tribunal No. 2015-CF-13834

_____

ORINTHAIN LASTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

January 27, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, BROWNLEE and KAMOUTSAS, JJ., concur.


Rachael E. Reese, of Rachael Reese, P.A., Tampa, for Appellant.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED